1  **RIMAC MARTIN, P.C.**
   Anna M. Martin – CSBN 154279
2  amartin@rimacmartin.com
   1051 Divisadero Street
3  San Francisco, CA 94115
   Telephone: 415.561.8440
4  Facsimile: 415.561.8430

5
   Attorneys for Defendant
6  UNUM LIFE INSURANCE COMPANY OF AMERICA

7  **CAMPINS BENHAM-BAKER, LLP**
   Hillary Benham-Baker
8  Hillary@cbblp.com
   8 California Street, Suite 703
9  San Francisco, CA 94111
   Tel:   415.373.5333
10 Fax:   415.373.5334

11
   Attorneys for Plaintiff
12 PHI NGUYEN

13

14              **IN THE UNITED STATES DISTRICT COURT**

15           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

                        **SAN JOSE DIVISION**
16

17 | PHI NGUYEN, | ) Case No. 5:14-cv-01880 RMW |
   |             | ) |
18 | Plaintiff,  | ) **STIPULATION TO CONTINUE THE** |
   |             | ) **CASE MANAGEMENT CONFERENCE** |
19 | v.          | ) **FROM AUGUST 29, 2014 TO** |
   |             | ) **DECEMBER 5, 2014 AND ORDER** |
20 | UNUM LIFE INSURANCE COMPANY, | ) **THEREON** |
   |             | ) |
21 | Defendants. | ) |

                               1
STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM
AUGUST 29, 2014 TO DECEMBER 5, 2014 AND ORDER THEREON
Case No. 5:14-cv-01880 RMW

1  IT IS HEREBY STIPULATED by and between the parties hereto through their
2 respective attorneys of record herein, that the Case Management Conference scheduled for
3 August 29, 2014 be continued for a period of 90 days to Friday, December 5, 2014 until after the
4 parties complete mediation in this case.
5  Good cause exists for this request as the parties, on July 15, 2014, filed a Stipulation and
6 Proposed Order Selecting Mediation with the Court.  The parties have agreed to participate in
7 early mediation and are currently waiting for the Court to sign the ADR Order and for the ADR
8 unit to assign a mediator to this case.  The parties believe that mediation can be completed
9 within 90 days.  Judicial economy as well as other legal resources will be conserved if the parties
10 are able to settle this case at mediation.  To that end, the parties request that the Case
11 Management Conference be continued until Friday, December 5, 2014.

**RIMAC MARTIN, P.C.**

DATED:  August 6, 2014    By:  */s/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**CAMPINS BENHAM-BAKER LLP**

DATED:  August 6, 2014    By:  */s/ Hillary Benham-Baker*
HILARY BENHAM-BAKER
Attorney for Plaintiff
PHI NGUYEN

**ORDER**

That parties having stipulated thereto, IT IS HEREBY ORDERED that the Case Management Conference be continued to Friday, December 5, 2014 at 10:30 a.m.

DATED: _____  _____
THE HONORABLE RONALD M. WHYTE
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM
AUGUST 29, 2014 TO DECEMBER 5, 2014 AND ORDER THEREON
Case No.  5:14-cv-01880 RMW