1  **RIMAC MARTIN, P.C.**
   Anna M. Martin – CSBN 154279
2  amartin@rimacmartin.com
   1051 Divisadero Street
3  San Francisco, CA 94115
   Telephone:  415.561.8440
4  Facsimile:  415.561.8430

5
   Attorneys for Defendant
6  UNUM LIFE INSURANCE COMPANY OF AMERICA

7  **CAMPINS BENHAM-BAKER, LLP**
   Julia Campins  -- SBN 238023
8  julia@cbbllp.com
   Hillary Benham-Baker – SBN 265019
9  Hillary@cbbllp.com
10 8 California Street, Suite 703
   San Francisco, CA 94111
11 Tel:    415.373.5333
   Fax:    415.373.5334
12

13 Attorneys for Plaintiff
   PHI NGUYEN
14

15              IN THE UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                        SAN JOSE DIVISION

18 | | |
   |---|---|
   | PHI NGUYEN, | ) Case No.  5:14-cv-01880 RMW |
   |             | ) |
   | Plaintiff,  | ) **STIPULATION AND ORDER TO** |
   | v.          | ) **CONTINUE DEADLINES AND TRIAL BY** |
   |             | ) **90 DAYS** |
   | UNUM LIFE INSURANCE COMPANY, | ) |
   |             | ) |
   | Defendants. | ) |

                              1
   STIPULATION TO CONTINUE CASE DEADLINES
   Case No.  5:14-cv-01880 RMW

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record herein, that the deadlines and trial date in the matter be continued for a period of 90 days to allow the parties to engage in settlement discussions.  The deadlines at issue are for the simultaneous filing of opening briefs in support of motions for judgment under FRCP Rule 52 (May 1, 2015), simultaneous oppositions (May 29, 2015), and proposed findings of fact and conclusions of law (July 7, 2015).  The Court has set a bench trial for July 21, 2015.

Good cause exists for this request as the parties wish to conserve resources and pursue resolution of this matter in good faith.  Judicial economy as well as other legal resources will be conserved if the parties are able to resolve this case prior to filing discovery motions and cross-motions for judgment.

**RIMAC MARTIN, P.C.**

DATED:  April 10, 2015      By:  */s/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA


**CAMPINS BENHAM-BAKER LLP**

DATED:  April 10, 2015      By:  */s/ Julia Campins*
JULIA CAMPINS
Attorneys for Plaintiff
PHI NGUYEN

Pursuant to Local Rule 5-1(i), I hereby attest that the signatories above have concurred in the filing of this document.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CAMPINS BENHAM-BAKER LLP**

DATED: April 10, 2015

By: _/s/ Julia Campins_
JULIA CAMPINS
Attorneys for Plaintiff
PHI NGUYEN

# ORDER

That parties having stipulated thereto, IT IS HEREBY ORDERED that the deadlines and trial in the case shall be continued by 90 days.

DATED: _____  _____
THE HONORABLE RONALD M. WHYTE
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4
STIPULATION TO CONTINUE CASE DEADLINES
Case No. 5:14-cv-01880 RMW